IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON COUNTERMAN, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br>v.<br><br>DIRECTV, LLC, a California limited liability corporation,<br><br>      *Defendant.* | Case No. 5:15-cv-04508-JLS |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that Plaintiff Sharon Counterman ("Plaintiff") hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice as to her individual claims and without prejudice as to the claims of the putative Class members.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part that: "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment []." Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant DirecTV, LLC has neither answered Plaintiff's complaint nor moved for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: November 3, 2015

Respectfully submitted,

**SHARON COUNTERMAN,** individually and on behalf of all others similarly situated,

By: /s/ Alicia E. Hwang

1

One of Plaintiff's Attorneys

Ari J. Scharg (*Pro Hac Vice*)
ascharg@edelson.com
Alicia E. Hwang (*Pro Hac Vice*)
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

W. Craft Hughes (*Pro Hac Vice*)
craft@hughesellzey.com
Jarrett L. Ellzey (*Pro Hac Vice*)
jarrett@hughesellzey.com
HUGHES ELLZEY, LLP
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, Texas 77056
Tel: 713.554.2377
Fax: 888.995.3335

David S. Senoff (PA Bar No. 65278)
dsenoff@cbmclaw.com
CAROSELLI BEACHLER MCTIERNAN &
COLEMAN, LLC
1845 Walnut Street, Fifteenth Floor
Philadelphia, PA 19103
Tel: 215.609.1350
Fax: 215.609.1351

*Attorneys for Plaintiff and the Proposed Class*

### CERTIFICATE OF SERVICE

I, Alicia E. Hwang, an attorney, hereby certify that on November 3, 2015, I served the above and foregoing *Notice of Voluntary Dismissal*, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this 3rd day of November 2015.

/s/ Alicia E. Hwang